IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GALEN COLLINS, | § | |
| | § | No. 355, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 1411011358 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 10, 2015
Decided: August 31, 2015

## **O R D E R**

This 31st day of August 2015, it appears to the Court that, on July 9, 2015, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his notice of appeal in a timely manner. The appellant failed to respond to the notice to show cause within the required ten-day period. The Court directed the appellant's trial counsel to respond. Counsel indicated that he represented the appellant in entering a guilty plea, and the appellant never indicated a desire to appeal. Under the circumstances, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the within appeal is DISMISSED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice